IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN J. COX,            ) | |
|     Plaintiff,            ) | |
| v.            ) | CIVIL ACTION NO. 12-00011-KD-M |
|            ) | |
| WILLIAM N. LUCY,            ) | |
|     Defendant.            ) | |

## JUDGMENT

In conjunction with the Order issued on this date, it is hereby **ADJUDGED, ORDERED** and **DECREED** that Plaintiff's Motion to Remand (Doc. 2) is **GRANTED** and this action is hereby **REMANDED** to the Mobile County Circuit Court for further judicial action.[1]

**DONE** and **ORDERED** this the **8th** day of **August 2012.**

        /s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**

---

[1] As stated in the Report and Recommendation: "[t]he Court notes that although Plaintiff removed this action from the Alabama Court of Criminal Appeals, that Court had indicated that no final judgment had been entered in the Court below." (Doc. 6 at 4 at note 2). Therefore, the case should be remanded to the Mobile County Circuit Court.